THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON 
 IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John D. Baskin,       
Appellant.
 
 
 

Appeal From Abbeville County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-151
Submitted January 28, 2004  Filed March 2, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office 
 of Appellate Defense, of Columbia, for Appellant,
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, all 
 of Columbia; and Solicitor William Townes Jones, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  John D. Baskin was convicted 
 of one count each of distribution of crack cocaine and distribution of crack 
 cocaine within close proximity of a school.  Baskins appellate counsel has 
 petitioned to be relieved as counsel, stating he has reviewed the record and 
 has concluded Baskins appeal is without merit.  The sole issue briefed by counsel 
 concerns whether the circuit court erred in refusing to grant a jury charge 
 on simple possession of crack cocaine, which Baskins appellate counsel contends 
 is a lesser included offense of the crimes for which he was charged.  In a separate 
 pro se brief, Baskin alleges prosecutorial misconduct.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Baskins appeal 
 and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur. 

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.